Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Juan Gonzalez Mejia

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>vs.<br><br>JUAN DANIEL GONZALEZ-MEJIA,<br><br>   Defendant. | Case No.: 1:18-CR-00073-LJO-SKO-2<br><br>**STIPULATION AND ORDER TO VACATE STATUS CONFERENCE SET FOR MARCH 18, 2019**<br><br>Courtroom 7<br>Hon. Magistrate Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for the above-named defendant Juan Daniel Gonzalez-Mejia, and Thomas Newman, Assistant United States Attorney, that the status conference set for March 18, 2019 at 1:00 p.m. be vacated.

   The stipulation is based on good cause, in that the parties are in the process of executing a plea agreement, and once executed and filed with the court it will be set for entry of the plea before the Honorable Lawrence J. O'Neill..

Dated: March 14, 2019            /s/ Jeffrey T. Hammerschmidt
                                 JEFFREY T. HAMMERSCHMIDT
                                 Attorney for Juan Gonzalez Mejia

**SO STIPULATED**

Dated: March 14, 2019            McGREGOR W. SCOTT
                                 United States Attorney

                              By: /s/ Thomas M. Newman
                                 Thomas M. Newman
                                 Assistant United States Attorney

1

**ORDER**

The Court has reviewed and considered the stipulation of the parties to vacate the status conference set for March 18, 2019, at 1:00 p.m. Good cause appearing, it is hereby ordered that the Status Conference set for Monday, March 18, 2019, at 1:00 p.m. be vacated.

IT IS SO ORDERED.

Dated: __**March 14, 2019**__        /s/ *Sheila K. Oberto*
                                                        UNITED STATES MAGISTRATE JUDGE