Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Juan Gonzalez Mejia

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN DANIEL GONZALEZ-MEJIA,<br><br>Defendant. | Case No.: 1:18-CR-00073-LJO-SKO-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING SET FOR DECEMBER 9, 2019**<br><br>Courtroom 3<br>Hon. Judge Lawrence J. O'Neill |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for the above-named defendant Juan Daniel Gonzalez-Mejia, and Thomas Newman, Assistant United States Attorney, that the Sentencing set for December 9, 2019 at 8:30 a.m. be continued to February 18, 2020 (or another date in February that is preferable to the court).

The stipulation is based on good cause, in that a legal issue has recently arisen that both parties require time to resolve.

Dated: December 5, 2019
/s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Juan Gonzalez Mejia

**SO STIPULATED**

Dated: December 5, 2019
McGREGOR W. SCOTT
United States Attorney

By: /s/ Thomas M. Newman
Thomas M. Newman
Assistant United States Attorney

1

**<u>ORDER</u>**

The Court has reviewed and considered the stipulation of the parties to continue the Sentencing set for December 9, 2019 at 8:30 a.m. Good cause appearing, it is hereby ordered that the Sentencing set for Monday, December 9, 2019 at 8:30 a.m. be continued to February 18, 2020.


IT IS SO ORDERED.

    Dated: **December 5, 2019**          **/s/ Lawrence J. O'Neill**
                                                   UNITED STATES CHIEF DISTRICT JUDGE