Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Juan Gonzalez Mejia

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN DANIEL GONZALEZ-MEJIA,<br><br>Defendant. | Case No.: 1:18-CR-00073-LJO-SKO-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING SET FOR FEBRUARY 21, 2020**<br><br>Courtroom 4<br>Judge: NONE |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for the above-named defendant Juan Daniel Gonzalez-Mejia, and Thomas Newman, Assistant United States Attorney, that the Sentencing set for February 21, 2020 at 8:30 a.m. be continued to May 29, 2020.

The stipulation is based on good cause, in that Juan Daniel Gonzalez Mejia is currently enrolled in college classes, for which final conclude in early May of 2020.

Dated: February 12, 2020          /s/ Jeffrey T. Hammerschmidt
                                  JEFFREY T. HAMMERSCHMIDT
                                  Attorney for Juan Gonzalez Mejia

**SO STIPULATED**

Dated: February 12, 2020          McGREGOR W. SCOTT
                                  United States Attorney

                              By: /s/ Thomas M. Newman
                                  THOMAS M. NEWMAN
                                  Assistant United States Attorney

1

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the Sentencing set for February 21, 2020 at 8:30 a.m. Good cause appearing, it is hereby ordered that the Sentencing set for Friday, February 21, 2020 at 8:30 a.m. be continued to May 29, 2020.

IT IS SO ORDERED.

Dated: **February 13, 2020**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE