Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, Juan Gonzalez Mejia

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> JUAN DANIEL GONZALEZ-MEJIA, <br><br> Defendant. | Case No.: 1:18-CR-00073-NONE-SKO-2 <br><br> **STIPULATION AND ORDER TO CONTINUE SENTENCING SET FOR JUNE 26, 2020** <br><br> Courtroom: 4 <br> Judge:  NONE |

IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for the above-named defendant Juan Daniel Gonzalez-Mejia, and Thomas Newman, Assistant United States Attorney, that the Sentencing set for June 26, 2020 at 8:30 a.m. be continued to January 15, 2021.

The stipulation is based on good cause, in that Juan Daniel Gonzalez Mejia is currently enrolled in college classes, for which will conclude on December 11, 2020 and he will earn his college degree.

Dated:  May 28, 2020                           /s/ Jeffrey T. Hammerschmidt
                                               JEFFREY T. HAMMERSCHMIDT
                                               Attorney for Juan Gonzalez Mejia

1

**SO STIPULATED**

Dated: May 28, 2020                                  McGREGOR W. SCOTT
                                                     United States Attorney

                                                 By: /s/ Thomas M. Newman
                                                     THOMAS M. NEWMAN
                                                     Assistant United States Attorney

## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the Sentencing set for June 26, 2020 at 8:30 a.m.  Good cause appearing, it is hereby ordered that the Sentencing set for Friday, June 26, 2020 at 8:30 a.m. be continued to January 15, 2021.

IT IS SO ORDERED.

   Dated:   **May 28, 2020**                       _____
                                                     UNITED STATES DISTRICT JUDGE