Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 150
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JUAN D. GONZALEZ-MEJIA

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JUAN D. GONZALEZ-MEJIA,<br><br>Defendant. | Case No.: 1:18-CR-00073-NONE-SKO-2<br><br>**STIPULATION AND ORDER TO CONTINUE SENTENCING SET FOR JANUARY 15, 2021**<br><br>Courtroom: 4<br>Judge: NONE |

   IT IS HEREBY STIPULATED by and between Jeffrey T. Hammerschmidt, attorney for the above-named defendant Juan D. Gonzalez-Mejia, and Christopher D. Baker, Assistant United States Attorney, that the Sentencing set for January 15, 2021 at 8:30 a.m. be continued to May 21, 2021.

   The stipulation is based on good cause, in that Juan D. Gonzalez-Mejia is currently enrolled in college classes, for which were set to conclude on December 11, 2020 but due to the COVID-19 Pandemic his completion date has been extended. Upon completion he will earn his college degree.

Dated:  December 28, 2020                    /s/ Jeffrey T. Hammerschmidt
                                             JEFFREY T. HAMMERSCHMIDT
                                             Attorney for JUAN D. GONZALEZ-MEJIA

1

**SO STIPULATED**

Dated: December 28, 2020                                    McGREGOR W. SCOTT
                                                            United States Attorney

                                                            By: /s/ Christopher D. Baker
                                                                CHRISTOPHER D. BAKER
                                                                Assistant United States Attorney


## ORDER

The Court has reviewed and considered the stipulation of the parties to continue the Sentencing set for January 15, 2021 at 8:30 a.m. Good cause appearing, it is hereby ordered that the Sentencing set for Friday, January 15, 2021 at 8:30 a.m. be continued to May 21, 2021.

IT IS SO ORDERED.

Dated:   **December 28, 2020**                              _____
                                                            UNITED STATES DISTRICT JUDGE

2