Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, California 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorneys for Defendant, Juan Gonzalez Mejia

FILED
AUG 03 2022
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:18-CR-00073-LJO-SKO-2 |
| Plaintiff, | ORDER TO RELEASE PASSPORT HELD AS COLLATERAL |
| vs. | |
| JUAN GONZALEZ MEJIA, | |
| Defendant. | |

Defendant Juan Gonzalez Mejia, by and through his attorney of record, Jeffrey T. Hammerschmidt, respectfully requests the Mexico Passport, No. G24967366, received as collateral in this matter be released to Mr. Hammerschmidt and returned to Mr. Mejia as soon as is practical. Attached is the Order of the Immigration Judge in which cancellation of removal was granted.

Dated: August 3, 2022

Respectfully Submitted,

/s/ Jeffrey T. Hammerschmidt
JEFFREY T. HAMMERSCHMIDT
Attorney for Defendant,
Juan Gonzalez Mejia

ORDER

IT IS ORDERED.

Dated: 8/3/22

_____
UNITED STATES MAGISTRATE JUDGE

1