Jeffrey T. Hammerschmidt, #131113
HAMMERSCHMIDT LAW CORPORATION
2445 Capitol Street, Suite 215
Fresno, CA 93721
Tel: (559) 233-5333
Fax: (559) 233-4333

Attorney for Defendant, JUAN GONZALEZ-MEJIA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JUAN GONZALEZ-MEJIA,<br><br>　　　　Defendant. | Case No.: 1:18-CR-73-DAD-SKO<br><br>MOTION TO EXONERATE BOND AND ALL SECURITY PLEDGED IN THS CASE; ORDER THEREON |

　　　Defendant JUAN GONZALEZ-MEJIA, by and through his Attorney of Record, JEFFREY T. HAMMERSCHMIDT, hereby requests this Court to exonerate the entirety of the security which guaranteed Mr. Gonzalez-Mejia's appearance in this case.

　　　On or about May 29, 2018, a secured bond totaling $50,000 was posted by Mr. Gonzalez-Mejia and his third-party custodians, Miguel Gonzalez Ortiz and Reina Mejia Gonzalez, and Mr. Gonzalez-Mejia was released from custody. On May 6, 2019, Mr. Gonzalez-Mejia entered a guilty plea and on May 21, 2021, Mr. Gonzalez-Mejia was sentenced by the Honorable Dale A. Drozd.

　　　At the conclusion of the May 21, 2021, hearing, Mr. Gonzalez-Mejia was ordered to self-surrender to the US Marshal in Nashville, TN on June 24, 2021. Mr. Gonzalez Mejia reported on time and served his custody term. On December 19, 2023, United States District Judge Katherine A. Crytzer, Eastern District of Tennessee, granted Mr. Mejia's motion for Early Termination of Supervised Release and Terminated his term of supervised release.

1

Mr. Gonzalez-Mejia respectfully requests the Court exonerate the entirety of his secured bond of $50,000 corresponding to the property bond for total equity of $50,000 as described in the Loudon County Assessor's Office as Map 020G, Group C, Parcel 012.00, Dan Jones Farm Subdivision, Lot PT73, Parcel number 020G-C-012.00 posted with the court on May 29, 2018, by Miguel Gonzalez Ortiz and Reina Mejia-Gonzalez.

Dated: August 28, 2025

/s/ Jeffrey T. Hammerschmidt  
Jeffrey T. Hammerschmidt  
Attorney for Defendant,  
Juan Gonzalez-Mejia

### ORDER

IT IS ORDERED THAT the above request for the Court to exonerate all security pledged on behalf of Juan Gonzalez-Mejia in this case, more specifically a property bond for a minimum of $50,000, as described in the Loudon County Assessor's Office as Map 020G, Group C, Parcel 012.00, Dan Jones Farm Subdivision, Lot PT73, Parcel number 020G-C-012.00, posted with the court on May 29, 2018, by Miguel Gonzalez Ortiz and Reina Mejia-Gonzalez, is hereby granted; and all security in this case is exonerated and shall be returned to its owners.

IT IS SO ORDERED.

Dated:  **August 29, 2025**

_____  
DALE A. DROZD  
UNITED STATES DISTRICT JUDGE